IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ELIZABETH VALDEZ KYNE, | ) | CIVIL 08-00530 ACK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE RITZ-CARLTON HOTEL COMPANY, L.L.C., DBA THE RITZ-CARLTON, KAPALUA, | ) ) ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

ORDER ADOPTING THE
"ORDER DENYING PLAINTIFFS' MOTIONS TO CONSOLIDATE ACTIONS; AND FINDINGS AND RECOMMENDATION TO DENY ALTERNATIVE REQUEST FOR ASSIGNMENT PURSUANT TO L.R. 40.2"

The "ORDER DENYING PLAINTIFFS' MOTIONS TO CONSOLIDATE ACTIONS; AND FINDINGS AND RECOMMENDATION TO DENY ALTERNATIVE REQUESTS FOR ASSIGNMENT PURSUANT TO L.R. 40.2" having been filed and served on all parties on March 19, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "ORDER DENYING PLAINTIFFS' MOTIONS TO CONSOLIDATE ACTIONS; AND

FINDINGS AND RECOMMENDATION TO DENY ALTERNATIVE REQUEST FOR ASSIGNMENT PURSUANT TO L.R. 40.2," Document No. [29],  are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai'i, April 8, 2009.



_____
Alan C. Kay
Sr. United States District Judge

Kyne v. Ritz-Carlton Hotel Co., LLC, CV 08-00530 ACK-BMK, Order Adopting